UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

DEBORAH LAUFER,

    Plaintiff,

v.

BCC HOSPITALITY, L.P.,

    Defendant.

Case No. 3:20-cv-02174-RDM

STIPULATION AND ORDER OF DISMISSAL

WHEREAS, on February 17, 2021, Plaintiff Deborah Laufer ("Plaintiff") and Defendant BCC Hospitality, L.P. ("Defendant") reached a confidential agreement resolving their disputes ("the Agreement").

IT IS HEREBY STIPULATED by Plaintiff and Defendant, subject to approval by the Court, that all claims between Plaintiff and Defendant are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees. This Stipulation and Order of Dismissal are pursuant to the Agreement.

STIPULATED AND AGREED BY:

*/s/ John F. Ward*

John F. Ward, Esquire
THOMAS B. BACON, P.A.
329 S. Devon Ave.
Wayne, PA 19087
(610) 952-0219
johnfward@gmail.com

*Attorneys for Plaintiff,*
*Deborah Laufer*

/s/ Christopher J. Conrad

Christopher J. Conrad, Esquire
MARSHALL DENNEHEY
100 Corporate Center Drive Suite 201
Camp Hill, PA 17011
(717) 651-3707
CJConrad@MDWCG.com

*Attorneys for Defendant,*
*BCC Hospitality, L.P.*

IT SO ORDERED:

ROBERT D. MARIANI
United States District Judge